```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| INVENTEL PRODUCTS, LLC,<br><br>            Plaintiff,<br>v.<br><br>AN & ASSOCIATES et al,<br><br>            Defendants. | Civil Action<br><br>2:18-cv-00128-MCA-SCM<br><br>**ORDER**<br><br>**[D.E. 16, 14]** |

**THIS MATTER** having come before the Court on motion to vacate default. Default was sought and entered before defendants obtained counsel.[1] Within one month of the request for default, defendants moved to vacate.[2] Defendants have since obtained counsel.[3] Entries of default are generally disfavored and courts should, in doubtful cases, set aside entries of default or default judgments in order to allow cases to be decided on their merits.[4] For good cause shown:

**IT IS** on this Tuesday, September 25, 2018,

**ORDERED THAT**:

**1.** The defendants' motion to vacate default, D.E. 16 is hereby granted; and it is further ordered that

2. The Clerk's Office shall terminate plaintiffs' motion for default judgment, D.E. 14 as moot.



Honorable Steve Mannion, U.S.M.J.
United States District Court,
for the District of New Jersey
phone: 973-645-3827

9/25/2018 6:18:30 PM

---

[1] (D.E. 11, 12).
[2] (D.E. 14).
[3] (D.E. 35).
[4] *Hritz v. Woma Corp.*, 732 F.2d 1178, 1180-81 (3d Cir. 1984).

Original: Clerk of the Court
Hon. Madeline Cox Arleo, U.S.D.J.
cc: All parties
　　File