UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| INVENTEL PRODUCTS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> AN & ASSOCIATES, AN COMMERCE, AMAR M. GANDHI and NIRAV GANDHI, <br><br> Defendants. | No. 2:18-cv-00128-MCA-SCM <br><br> **STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties to this action through their undersigned counsel that, pursuant to a confidential settlement agreement between the parties, the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(ii), with each side to bear its own fees and costs, including all attorneys' fees.

Dated: March 11, 2019

| | |
|---|---|
| MARTIN LAW FIRM LLC | TARTER KRINSKY & DROGIN LLP |
| By: /s/ Jeffrey Lubin <br>    Jeffrey Lubin | By: /s/ Linda Roth <br>    Linda Roth <br>    Mark J. Rosenberg (admitted *pro hac vice*) |
| 10000 Sagemore Drive, Suite 10203 <br> Marlton, NJ 08053 <br> Tel: 856.888.7020 <br> Fax: 856.888.7021 <br> Email: jlubin@martinlawfirm.us | 1350 Broadway <br> New York, NY 10018 <br> Tel: 212.216.8000 <br> Fax: 212.216.8001 <br> Email: lroth@tarterkrinsky.com <br>           mrosenberg@tarterkrinsky.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

**SO ORDERED:**

_/s/_ 3/21/19